# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MAUREEN O'DONNELL and RICHARD DANIEL McWRIGHT, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TIMESHARE RELIEF, INC.; ISOSCELES FOUNDATION; TRANSFER AMERICA, LLC; ASTON MARKETING GROUP,INC.; DAVID MACMILLAN; and CINDY MACMILLAN,<br><br>Defendants. | Case No. 13-12665 |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Massachusetts Local Rule 83.5.3(b), John Roddy, a member in good standing of the Bar of the Commonwealth of Massachusetts and the United States District Court for the District of Massachusetts, moves for the admission of Beth E. Terrell, member of the Bars of the States of California and Washington, to this Court. Ms. Terrell seeks to appear and practice in this Court as co-counsel for Plaintiffs, Richard Daniel McWright and Maureen O'Donnell.

In support of this motion, I have attached a sworn certification by Ms. Terrell that: (1) she is in good standing with the bars of the courts to which she is admitted; (2) no disciplinary proceedings are pending against her as a member of the bar in any jurisdiction; and (3) she will abide by the rules of this Court.

WHEREFORE, it is respectfully requested that Beth E. Terrell be admitted to practice before this Court *pro hac vice* for the purpose of representing the Plaintiffs in this Court in this matter.

Date: October 22, 2013

                                                Respectfully submitted

                                                */s/ John Roddy*
                                                John Roddy, BBO #424240
                                                Bailey & Glasser LLP
                                                125 Summer Street, Suite 1030
                                                Boston, MA 02110
                                                Telephone: (617) 439-6730
                                                Fax: (617) 951-3954
                                                jroddy@baileyglasser.com

## Rule 7.1 Certificate

I hereby certify that counsel for Plaintiffs could not confer with counsel for Defendants as counsel for Defendants has not yet entered a notice of appearance.

> */s/ John Roddy*
> John Roddy

## Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic File (NEF) and paper copies will be sent to those indicated as non-registered participants on October 22, 2013.

> */s/ John Roddy*
> John Roddy